## Santiago, Demandante y Apelada, *v.* Maldonado et al., Demandados y Apelantes.

Apelación procedente de la Corte de Distrito de Ponce en pleito sobre nulidad de embargo.—Moción sobre desestimación de apelación.

No. 2760.—Resuelto en diciembre 14, 1922.

Apelación—Embargo para Aseguramiento de Sentencia—Término para Apelar una Orden Negando Levantamiento de Embargo.—Una resolución negando la nulidad de un embargo puede ser apelada independientemente de la apelación contra la sentencia definitiva a condición de que se establezca dentro de diez días de dictada la orden, como dispone el artículo 295, inciso 3º., del Código de Enjuiciamiento Civil, cuyo precepto no es incompatible con la sección 14 de la ley para asegurar la efectividad de las sentencias.

Los hechos están expresados en la opinión.

Abogado de los apelantes: *Sr. C. Brunet.*

Abogado de la apelada: *Sr. M. A. Rivera.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

Uno de los demandados en este caso solicitó de la corte inferior en marzo 9, 1922, que anulase el embargo que había sido trabado en sus bienes. En 29 del mismo mes fué registrada sentencia contra los demandados, en rebeldía, y el 18 de abril la corte declaró sin lugar la solicitud de nulidad de embargo, contra cuya resolución interpuso el demandado Miguel Maldonado este recurso de apelación ocho días después. Pendiente la vista de este recurso se nos pide por la parte apelada que lo desestimemos fundándose en que dicha resolución sólo puede ser revisada en la apelación contra la sentencia, según el precepto de la sección 5246 de la Compilación de los Estatutos Revisados referente a la ley para asegurar la efectividad de sentencias.

En el caso de *Trautman v. La Sociedad Trautman y Acha,* que hemos resuelto el 12 de este mes, hemos declarado que resoluciones como la que motivan este recurso pueden ser apeladas independientemente de la apelación contra la sentencia, de acuerdo con el artículo 295, número 3º, del Código de En-

juiciamiento Civil y la jurisprudencia de este Tribunal en los casos que se citan.

La moción debe ser desestimada.

*Sin lugar la desestimación.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Wolf, Hutchison y Franco Soto.
de este caso.